**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Charles R. Jones v. The State of Texas

Appellate case number:   01-18-01079-CR

Trial court case number: 1510058

Trial court:                   179th District Court of Harris County

Appellant has filed motions requesting that this Court (1) send appellant a copy of his pro se response to counsel's *Anders* brief, (2) allow appellant to amend his pro se response, (3) extend the time for appellant to file his pro se response to 14 days from the granting of his motion, and (4) waive any requirement that appellant file additional copies of his pro se response. The motions are **granted**. The Clerk of this Court is directed to send appellant a copy of his pro se response. Appellant's amended pro se response is due within **14 days** of the date of this order.

It is so ORDERED.

Judge's signature: _____/s/ Sarah B. Landau_____
                                         Acting individually

Date:   _____June 18, 2019__